GEORGE ROBERTSON, Respondent, *v.* JOHN RINGLING et al., Individually and as Copartners under the Name of RINGLING BROS.-BARNUM AND BAILEY, Combined Shows, Appellants.

(Argued May 28, 1935; decided June 11, 1935.)

*Richard E. Weldon* for appellants.

*Philip S. Rivlin, Benjamin Adler* and *Beatrice Lipschitz* for respondent.

Judgment affirmed, with costs; no opinion. (See 268 N. Y. 611.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.